UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARI APPEL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WESTPORT POLICE OFFICER, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 23-12877-MJJ |

## ORDER

**JOUN, D.J.**

On April 24, 2025, the Court entered an order granting the *in forma pauperis* motion of plaintiff Ari Appel ("Mr. Appel"), who is representing himself, dismissing some defendants, and directing Mr. Appel to Second Amended Complaint within thirty-five (35) days to cure pleading deficiencies of the First Amended Complaint. [Doc. No. 13]. The Court stated that failure to timely file a Second Amended Complaint would likely result in dismissal of this action. On April 25, 2025, the Clerk mailed a copy of the order to Mr. Appel at his Los Angeles, California address on record. [Doc. No. 14].

The deadline for filing a Second Amended Complaint has lapsed without any response from Mr. Appel. Accordingly, the Court DISMISSES this action for failure to file a Second Amended Complaint.

**SO ORDERED.**

                                                      /s/ Myong J. Joun
                                                      Myong J. Joun
                                                     United States District Judge

June 16, 2025